1

2

3

4

5

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

8

BOW JAX INC., an Idaho
Corporation,

9

Plaintiff,

10

v.

11

SIMS VIBRATION
LABORATORY, INC., a
Washington corporation, and
STEVEN C. SIMS, an Individual,

12

13

Defendants.

14

NO.  CV-09-047-RHW

**ORDER GRANTING
DEFENDANT'S MOTION TO
ENTER STIPULATED
PROTECTIVE ORDER**, **IN PART**

15    Before the Court is Defendant's Motion to Enter Stipulated Protective Order

16 (Ct. Rec. 21).  The motion was heard without oral argument.

17    The parties anticipate that discovery in this matter will require disclosing

18 trade secret and other confidential commercial information, such as financial,

19 design, and marketing data.  The parties stipulate to the entry of a protective order.

20    In paragraph 15 of the Stipulated Protective Order, the parties indicate that if

21 a party is to file a document that contains or refers to Confidential or Highly

22 Confidential Information, the document shall be filed as sealed in the public

23 record.

24    It is the policy of this District and the Judges herein not to enter blanket

25 protective orders.  Not only do such orders unnecessarily impede the public's

26 rights of access to court proceedings, they make appellate review difficult.  *See,*

27 *e.g., Foltz v. State Farm Mut. Auto. Insur. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003).

28 The Federal Rules of Civil Procedure grant this Court broad latitude in crafting

**ORDER GRANTING DEFENDANT'S MOTION TO ENTER STIPULATED
PROTECTIVE ORDER, IN PART** ~ 1

1  protective orders.  Fed. R. Civ. Pro. 26(c); *see also Phillips v. General Motors*

2  *Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (noting that rule 26(c) authorizes

3  district courts to issue "*any* order which justice requires to protect a party or person

4  from annoyance, embarrassment, oppression, or undue burden") (emphasis in

5  original).  For good cause, the Court will enter orders protecting specific

6  information from disclosure or forbidding inquiry into certain matters, in

7  accordance with Rule 26(c).

8      Thus, while the parties are free to agree with respect to the management of

9  the dissemination and use of the information between themselves during the

10  discovery process as set forth in the Stipulated Protective Order, the Court will

11  require the parties to seek permission from the Court prior to filing any document

12  covered by the Stipulated Protective Order under seal in the court record.

13      Accordingly, **IT IS HEREBY ORDERED:**

14      1.  Defendant's Motion to Enter Stipulated Protective Order (Ct. Rec. 21) is

15  **GRANTED,** in part.

16      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

17  Order and forward copies to counsel.

18      **DATED** this 7th day of December, 2009.

19

20              *s/Robert H. Whaley*

21              ROBERT H. WHALEY
                United States District Judge
22

23

24

25

26  Q:\CIVIL\2009\Bow Jax\prot.ord.wpd

27

28

**ORDER GRANTING DEFENDANT'S MOTION TO ENTER STIPULATED PROTECTIVE ORDER, IN PART** ~ 2