FREDERICK MENDOZA, WSBA #6021
MENDOZA LAW CENTER, PLLC
PO Box 66890
Burien, WA 98166-0890
Tel:  (206) 244-1641
Fax:  (206) 244-1643

MARK W. HENDRICKSEN, WSBA #15,542
WELLS ST. JOHN, P.S.
601 W. 1st Avenue, Suite 1300
Spokane, WA 99201-3828
Tel: (509)624-4276
Fax:  (509)838-3424

Attorneys for Defendants,
Sims Vibration Laboratory, Inc.,
and Steven C. Sims

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOW JAX INC., an Idaho Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SIMS VIBRATION LABORATORY, INC., a Washington Corporation<br><br>and<br><br>STEVEN C. SIMS, an Individual<br><br>Defendants. | Case No.: 2:09-cv-47-RMP<br><br>STIPULATED CONSENT ORDER AND DISMISSAL |

The parties, Sims Vibration Laboratory, Inc., Steven C. Sims, and Bow Jax, Inc., by and through their respective attorneys, have represented

STIPULATED CONSENT ORDER AND DISMISSAL - 1

that they have settled and compromised all the disputes among themselves, and moved the Court to dismiss this action with prejudice.

1.     The above-captioned action and all claims asserted therein, and all claims and counterclaims that could have been asserted therein based on the facts plead, are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

2.     This Order and the settlement are entered without either party admitting any liability to the other and with each specifically denying the allegations and claims of the other, with this Consent Order being entered to avoid the costs of litigation.

3.     This Court shall retain jurisdiction over the parties in connection with the enforcement of this Order and the settlement agreement between the parties.

STIPULATED CONSENT ORDER AND DISMISSAL - 2

STIPULATED AND AGREED BY:

  /s/ Mark W. Hendricksen/                                  September 26, 2012
MARK W. HENDRICKSEN, WSBA #15,542         Dated
WELLS ST. JOHN, P.S.
601 W. 1st Avenue, Suite 1300
Spokane, WA 99201-3828
e-mail: mhendricksen@wellsstjohn.com
TEL: (509)624-4276
Counsel for Defendants,
SIMS VIBRATION LABORATORY, INC., and STEVEN C. SIMS

and

STIPULATED AND AGREED BY:

FREDERICK MENDOZA, WSBA #6021
MENDOZA LAW CENTER, PLLC
PO Box 66890
Burien, WA 98166-0890
e-mail: fred@mendozalc.com
TEL: (206) 244-1641
Counsel for Defendants
SIMS VIBRATION LABORATORY, INC., and STEVEN C. SIMS

STIPULATED CONSENT ORDER AND DISMISSAL - 3

STIPULATED AND AGREED BY:

/s/ Robert A. Huntsman/                                September 26, 2012
ROBERT A. HUNTSMAN, ISBA #5345          Dated
Huntsman Law Group, PLLC
4466 Riva Ridge Way
Boise, ID 83709
e-mail: law2009@huntsmanlg.com
TEL: (208) 860-4379
Counsel for Plaintiff

and

STIPULATED AND AGREED BY:


STEPHEN J. NEMEC, WSBA #36,817
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
snemec@jvwlaw.net
TEL: (208) 667-0683
Counsel for Plaintiff

STIPULATED CONSENT ORDER AND DISMISSAL - 4

## ORDER

The Court has reviewed the above stipulation and it is so ORDERED, ADJUDGED AND DECREED.

_____            _____
Dated                                                    Honorable Rosanna Malouf Peterson
                                                                U.S. District Court Chief Judge
                                                                Eastern District of Washington

STIPULATED CONSENT ORDER AND DISMISSAL - 5

# CERTIFICATE OF SERVICE

I certify under the penalty of perjury that on the 26th day of September, 2012, I electronically filed the document above with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record for Plaintiff and Defendant.

Stephen J. Nemec
snemec@jvwlaw.net

Robert Ames Huntsman
law2009@huntsmanlg.com

Frederick Mendoza
fred@mendozalc.com

    /s/ Mark W. Hendricksen
Mark W. Hendricksen
Wells St. John, P.S.
601 W. 1st Avenue, Suite 1300
Spokane, WA 99201-3828
(509) 624-4276 phone
mhendricksen@wellsstjohn.com

STIPULATED CONSENT ORDER AND DISMISSAL - 6